# EXHIBIT C
# Financial Projections

**PROJECTED FINANCIAL INFORMATION**

The Debtors have prepared their projected operating and financial results on a consolidated basis for the period from July 31, 2009 to December 31, 2013 (the "Projections"). The Debtors have also prepared a pro-forma balance sheet of Reorganized EPL based upon an assumed effective date of July 31, 2009.

The financial projection information discussed herein includes certain statements that may be deemed to be "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. See "Disclosure Regarding Forward-Looking Statements" on pp. iii-iv and Section X – "Certain Risk Factors to be Considered" of the Disclosure Statement.

The Projections were not prepared to comply with the guidelines for prospective financial statements published by the American Institute of Certified Public Accountants and the Rules and Regulations of the Securities and Exchange Commission. The Debtors' independent accountants have neither examined nor compiled the Projections and accordingly do not express an opinion or any other form of assurance with respect to the Projections, assume no responsibility for the Projections and disclaim any association with the Projections. The information contained in the Projections is furthermore different from that required to be included in reports filed by EPL pursuant to the Securities Exchange Act of 1934, as amended (the "Exchange Act"), and might not be indicative of the Debtors' financial condition or operating results that would be reflected in the financial statements of EPL or in its reports pursuant to the Exchange Act. Results set forth in the financial projections should not be viewed as indicative of future results. Except for purposes of the Disclosure Statement, the Debtors do not publish projections of their anticipated financial position or results of operations.

The Debtors believe that the Projections are based upon estimates and assumptions that are reasonable. The estimates and assumptions may not be realized, however, and are inherently subject to significant business, economic and competitive uncertainties and contingencies, many of which are beyond the Debtors' control. No representations can be or are made as to whether the actual results will be within the range set forth in the Projections. Therefore, although the Projections are necessarily presented with numerical specificity, the actual results of operations achieved during the projection period may vary from projected results. These variations may be material. Accordingly, no representation can be or is being made with respect to the accuracy of the Projections or the ability of the Reorganized Debtors to achieve the Projections. Some assumptions inevitably will not materialize, and events and circumstances occurring subsequent to the date on which the Projections were prepared may be different from those assumed, or may be unanticipated, and therefore may affect financial results in a material and possibly adverse manner. The Projections, therefore, may not be relied upon as a guarantee or other assurance of the actual results that will occur. In deciding whether to vote to accept or reject the Joint Plan of Reorganization of Energy Partners, Ltd. and Certain of its Subsidiaries under Chapter 11 of the Bankruptcy Code (the "Plan"), Holders of Eligible Claims and Eligible Equity Interests must make their own determinations as to the reasonableness of such assumptions and the reliability of the Projections. See Section X – "Certain Risk Factors to be Considered".

The Projections have been prepared on the assumption that the Effective Date of the Plan will be July 31, 2009. Although the Debtors presently intend to seek to cause the Effective Date to occur as soon as practicable, there can be no assurance as to when the Effective Date will actually occur. The balance sheet adjustments in the column captioned "Post-Consummation" reflect the assumed affect of Confirmation and the consummation of the transactions contemplated by the Plan, including the settlement of various liabilities and the incurrence of new indebtedness.

Unless otherwise defined herein, capitalized terms used herein have the meanings ascribed to them in the Plan.

**Principal Assumptions for the Projections**

I. ***General***
   a. *Methodology.* The Projections are based upon the Debtors' detailed operating budget for the period ending December 31, 2010, which was developed on a consolidating basis, beginning at the subsidiary level. The projections for the fiscal years 2011 through 2013 were prepared on the same basis, but developed through additional analysis techniques using key assumptions and current exploration and production industry outlook.
   b. *Plan Consummation.* The operating assumptions assume the Plan will be confirmed and consummated by July 31, 2009
   c. *Macroeconomic and Industry Environment.* The Projections reflect the current outlook on the oil and gas industry and take into account the estimated future drilling and operating costs and commodity prices across the projection period.

II. ***Projected Income Statement***
   a. *Net Production.* Production forecasts are developed by Debtors' management in conjunction with third-party petroleum engineering firms. Daily Production is calculated as the average production per day over the period. Production is also listed in Barrels of Oil Equivalent ("BOE") at a conversion rate of six thousand cubic feet of natural gas per barrel of oil.
   b. *Prices.* NYMEX strip pricing as of April 27, 2009. The price differentials assumed are the effective average of the historical differentials across all producing fields.
   c. *Lease Operating Expenses.* LOE are projected to be consistent with historical levels for producing reserves and escalated in accordance with incremental production from new exploitation and exploration projects.
   d. *Depr., Depl. & Amortization.* DD&A expenses are amortized using the Unit-of-Production method, which amortizes capitalized costs over total proved reserves.
   e. *General & Admin. Expenses.* G&A expenses for 2009 and 2010 are forecasted to be consistent with recent costs, excluding fees associated with the restructuring under the Plan; expenses for 2011 through 2013 escalate at five (5%) percent per annum.
   f. *Insurance.* Forecasted expenses are consistent with recent costs and are escalated at a rate of 5% per annum beginning in 2011.
   g. *Taxes Other than Income.* Assumed to be state taxes assessed for the production and development of oil and gas. Tax rates are consistent with historical levels.
   h. *Interest Expense.* Interest rate assumptions are based upon a one-month LIBOR of 0.47%, plus 3%.
   i. *Income Taxes.* Income tax rate of 35%.

III. ***Projected Statement of Cash Flows***
   a. *Capital Additions.* Capital Expenditures associated with exploitation and exploration projects, as well as general maintenance of wells, are forecasted by Debtors' management. The Projections assume that New EPL will develop existing drilling projects and discover new projects similar to those found historically using internally generated cash flow.
   b. *P&A.* Projections assume New EPL will properly and timely plug and abandon wells and facilities associated with the production of oil and gas as wells are decommissioned.
   c. *Abandonment Escrow.* Cash is released from escrow accounts as P&A work is completed.
   d. *Exit Facility.* Projections assume a new credit facility is obtained in the amount of $125 million and amortized over a seven (7) year period, with principal payments beginning in 2010.

IV.  *Projected Balance Sheet Statement*

The projected post-consummation balance sheet ("Reorganized Balance Sheet") is based on the estimated reorganization value of the assets and the obligations of each liability at Confirmation.

Estimated Post-Consummation Stockholders' Equity value is based on the midpoint of the valuation range contained herein. See Section VIII.D. – "VALUATION OF THE REORGANIZED DEBTORS."

For purposes of the Projections, it is assumed that the Senior Secured Revolving Credit Facility will be refinanced with proceeds from the Exit Facility.

The foregoing assumptions and resulting computations were made solely for purposes of preparing the Projections. The Reorganized Debtors' will be required to determine their reorganization value as of the Effective Date. Reorganization value may change depending upon the amount of cash retained and debt carried upon emergence. The actual reorganization and any adjustments will depend upon the balance sheet as of the actual date of confirmation of the Plan. In all events, the determination of reorganization value of the Reorganized Debtors' assets and the determination of their actual liabilities, will be made as of the Effective Date, and the changes between the amounts of any or all of the foregoing items as assumed in the Projections and the actual amounts thereof as of the Effective Date may be material.

**Energy Partners, Ltd.**
**Consolidated Balance Sheet**
($ in thousands)

| | July 31, 2009 Post-Consummation | 2009 | 2010 | Fiscal Year Ending, 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|
| **Assets** | | | | | | |
| Cash and Cash Equivalents | $ 8,162 | $ 37,599 | $ 76,108 | $ 17,692 | $ 22,732 | $ 82,198 |
| Trade Accounts Receivable | 20,263 | 22,032 | 19,552 | 24,777 | 34,654 | 37,108 |
| Insurance Receivable | 2,375 | - | - | - | - | - |
| Deferred Tax Asset | - | - | - | - | - | - |
| Prepaid Expenses | 7,140 | 4,522 | 4,522 | 4,522 | 4,522 | 4,522 |
| Total Current Assets | 37,940 | 64,153 | 100,182 | 46,991 | 61,909 | 123,828 |
| Net PP&E | 626,641 | 598,027 | 565,195 | 683,382 | 724,453 | 746,718 |
| Deferred Financing Costs | - | - | - | - | - | - |
| Cash in Escrow | 40,971 | 40,971 | 40,971 | 38,671 | 38,671 | 32,321 |
| Other Assets | 1,771 | 1,771 | 1,771 | 1,771 | 1,771 | 1,771 |
| **TOTAL ASSETS** | $ 707,322 | $ 704,922 | $ 708,118 | $ 770,814 | $ 826,804 | $ 904,637 |
| **Liabilities and Equity** | | | | | | |
| Accounts Payable & Accrued Exp. | $ 2,955 | $ 12,634 | $ 20,667 | $ 44,127 | $ 45,290 | $ 41,460 |
| Interest Payable | - | - | - | - | - | - |
| Royalties Payable | 1,755 | 1,932 | 2,337 | 2,861 | 3,855 | 4,058 |
| Other Payables | 4,066 | 4,066 | 4,066 | 4,066 | 4,066 | 4,066 |
| Gas and Oil Imbalances | 6,478 | 6,478 | 6,478 | 6,478 | 6,478 | 6,478 |
| Current P&A Liabilities | 6,181 | 618 | 2,164 | 2,283 | 4,418 | 2,251 |
| Current Portion of L/T Debt | - | - | - | - | - | - |
| FMV of Derivatives | (779) | (120) | - | - | - | - |
| Taxes Payable | - | - | - | - | - | - |
| Total Current Liabilities | 20,657 | 25,607 | 35,712 | 59,816 | 64,107 | 58,314 |
| **Long-Term Debt** | | | | | | |
| Bank Revolver | - | - | - | - | - | - |
| 8.75% 2010 Notes | - | - | - | - | - | - |
| 9.75% 2014 Notes | - | - | - | - | - | - |
| Floating Rate Notes | - | - | - | - | - | - |
| DIP Loan | - | - | - | - | - | - |
| Exit Facility | 125,000 | 125,000 | 105,000 | 85,000 | 65,000 | 45,000 |
| Total Debt: | 125,000 | 125,000 | 105,000 | 85,000 | 65,000 | 45,000 |
| Dismantlement Provisions | 62,816 | 63,691 | 58,738 | 55,429 | 46,841 | 45,439 |
| Deferred Comp/Directors Fees | - | - | - | - | - | - |
| Deferred Rent Expense | - | - | - | - | - | - |
| Other Liabilities | - | - | - | - | - | - |
| L/T Derivatives | - | - | - | - | - | - |
| Deferred Income Taxes | - | (2,879) | 3,436 | 23,737 | 33,155 | 40,153 |
| **Total Liabilities** | 208,473 | 211,419 | 202,887 | 223,982 | 209,103 | 188,905 |
| Common Stock | 498,850 | 498,850 | 498,850 | 498,850 | 498,850 | 498,850 |
| Treasury Stock | - | - | - | - | - | - |
| Preferred Stock | - | - | - | - | - | - |
| Additional Paid-in Capital | - | - | - | - | - | - |
| Other Comprehensive Income | - | - | - | - | - | - |
| Accumulated Earnings (Deficit) | - | (5,347) | 6,381 | 47,982 | 118,851 | 216,882 |
| **Stockholders' Equity** | 498,850 | 493,503 | 505,231 | 546,832 | 617,701 | 715,732 |
| **TOTAL LIABILITIES & EQUITY** | $ 707,323 | $ 704,922 | $ 708,118 | $ 770,814 | $ 826,804 | $ 904,638 |

**Energy Partners, Ltd.**
**Projected Net Production, Prices and**
**Consolidated Income Statement**
($ in thousands)

|  | 2009 (Aug.-Dec.) | 2010 | 2011 | 2012 | 2013 |
|---|---:|---:|---:|---:|---:|
| | | | Projected | | |
| **Net Production** | | | | | |
| Daily Production | | | | | |
| Oil (Bbls/d) | 4,790 | 5,132 | 7,372 | 7,892 | 10,621 |
| Gas (Mcf/d) | 41,140 | 37,866 | 35,864 | 63,309 | 59,431 |
| **BOE/d (6:1)** | 11,647 | 11,443 | 13,349 | 18,444 | 20,526 |
| | | | | | |
| Oil (Mbbls) | 733 | 1,874 | 2,692 | 2,879 | 3,879 |
| Gas (MMcf) | 6,295 | 13,825 | 13,081 | 23,168 | 21,663 |
| **Total MBOE (6:1)** | 1,782 | 4,178 | 4,872 | 6,740 | 7,490 |
| **Prices** | | | | | |
| **NYMEX Strip Prices** | | | | | |
| Oil ($/Bbl) | $54.70 | $60.86 | $65.80 | $68.08 | $69.59 |
| Gas ($/MMbtu) | $4.21 | $5.81 | $6.75 | $7.10 | $7.23 |
| **Average Differentials** | | | | | |
| Oil ($/Bbl) | ($1.45) | ($1.38) | ($1.18) | ($1.19) | ($0.95) |
| Gas ($/MMbtu) | ($0.05) | ($0.03) | ($0.06) | ($0.09) | ($0.06) |
| **Average Wellhead Prices** | | | | | |
| Oil ($/Bbl) | $53.25 | $59.47 | $64.63 | $66.89 | $68.64 |
| Gas ($/MMbtu) | $4.17 | $5.79 | $6.69 | $7.02 | $7.17 |
| **Income Statement** | | | | | |
| **Revenues** | | | | | |
| Oil | $ 39,026 | $ 111,459 | $ 173,977 | $ 192,592 | $ 266,253 |
| Gas | 26,230 | 80,013 | 87,491 | 162,571 | 155,434 |
| Other | 15 | 23 | 30 | 14 | 22 |
| Total Revenues | 65,271 | 191,495 | 261,497 | 355,178 | 421,708 |
| **Costs and Expenses** | | | | | |
| Lease Operating Expenses | 21,550 | 50,103 | 55,373 | 61,379 | 72,616 |
| Depr, Depl, & Amortization | 32,340 | 76,903 | 91,702 | 131,484 | 143,006 |
| General & Admin. Expenses | 7,975 | 19,141 | 19,752 | 20,766 | 21,833 |
| Insurance | 5,909 | 12,532 | 13,089 | 13,673 | 14,287 |
| Taxes Other than Income | 1,881 | 6,252 | 9,188 | 10,160 | 10,037 |
| Accretion Expense | 1,875 | 4,530 | 5,096 | 6,084 | 7,205 |
| Other | 160 | - | - | - | - |
| Total Costs and Expenses | 71,690 | 169,461 | 194,199 | 243,547 | 268,983 |
| **Operating Income** | (6,419) | 22,034 | 67,298 | 111,631 | 152,726 |
| Hedging Gain (Loss) | - | - | - | - | - |
| Interest Expense | (1,807) | (3,991) | (3,297) | (2,603) | (1,909) |
| **Net Income before Taxes** | (8,226) | 18,044 | 64,002 | 109,028 | 150,817 |
| Income Taxes | (2,879) | 6,315 | 22,401 | 38,160 | 52,786 |
| **Net Income (Loss)** | $ (5,347) | $ 11,729 | $ 41,601 | $ 70,868 | $ 98,031 |

**Energy Partners, Ltd.**
**Consolidated Statement of Cash Flow**
($ in thousands)

| | | Projected | | | |
|---|---:|---:|---:|---:|---:|
| | 2009 (Aug.-Dec.) | 2010 | 2011 | 2012 | 2013 |
| **Statement of Cash Flow** | | | | | |
| **Cash Flows from Operating Activities -** | | | | | |
| Net Income (Loss) | $ (5,347) $ | 11,729 $ | 41,601 $ | 70,868 $ | 98,031 |
| Depr, Depl, & Amortization | 32,340 | 76,903 | 91,702 | 131,484 | 143,006 |
| Accretion Expense | 1,875 | 4,530 | 5,096 | 6,084 | 7,205 |
| Deferred Income Taxes | (2,879) | 6,315 | 20,301 | 9,418 | 6,998 |
| Amort Deferred Financing Costs | - | - | - | - | - |
| Unrealized Hedging Loss (Gain) | 658 | 120 | - | - | - |
| | 26,647 | 99,598 | 158,699 | 217,855 | 255,240 |
| Working capital changes: | | | | | |
| Accounts receivable (Increase) | 606 | 2,480 | (5,225) | (9,877) | (2,454) |
| Prepaids (Increase) | 2,618 | - | (0) | - | - |
| Accounts Payable (Decrease) | 9,679 | 8,034 | 23,460 | 1,163 | (3,830) |
| Accrued Interest | - | - | - | - | - |
| Abandonment / Reclamation | (6,563) | 1,546 | 119 | 2,135 | (2,167) |
| Other | 177 | 404 | 525 | 994 | 203 |
| Total working capital changes | 6,516 | 12,465 | 18,878 | (5,586) | (8,247) |
| Net Cash - Operating Activities | 33,163 | 112,062 | 177,578 | 212,269 | 246,993 |
| **Cash Flows from Investing Activities -** | | | | | |
| Capital Additions | (3,311) | (42,767) | (207,460) | (171,016) | (164,274) |
| P&A | - | (9,791) | (9,838) | (15,217) | (8,607) |
| Abandonment Escrow | - | - | 2,300 | - | 6,350 |
| Other Fixed Assets | (415) | (996) | (996) | (996) | (996) |
| Net Cash - Investing Activities | (3,726) | (53,553) | (215,994) | (187,228) | (167,527) |
| **Cash Flows from Financing Activities -** | | | | | |
| Credit Facility Borrowing(Repayment) | - | - | - | - | - |
| DIP Loan | - | - | - | - | - |
| Exit Facility | - | (20,000) | (20,000) | (20,000) | (20,000) |
| Net Cash - Financing Activities | - | (20,000) | (20,000) | (20,000) | (20,000) |
| **Net Increase (Decrease) in Cash** | 29,437 | 38,509 | (58,416) | 5,040 | 59,466 |
| Cash At Beginning of Period | 8,162 | 37,599 | 76,108 | 17,692 | 22,732 |
| **Cash at End of Period** | $ 37,599 $ | 76,108 $ | 17,692 $ | 22,732 $ | 82,198 |