Case 09-32957   Document 275-2   Filed in TXSB on 07/01/09   Page 1 of 3



**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

ENTERED
07/15/2009

| | | |
|---|---|---|
| IN RE: | § | **CASE NO. 09-32957** |
| | § | **(Chapter 11)** |
| **ENERGY PARTNERS, LTD.,** *ET AL.,*[1] | § | **(Jointly Administered)** |
| | § | |
| **DEBTORS.** | § | |
| | § | |
| | § | |

**INTERIM ORDER GRANTING EXPEDITED APPLICATION FOR ORDER
PURSUANT TO 11 U.S.C. § 363 AUTHORIZING EMPLOYMENT AND RETENTION
OF NETHERLAND, SEWELL & ASSOCIATES, INC. AS PETROLEUM
CONSULTANTS, *NUNC PRO TUNC* TO THE PETITION DATE**

**[Related to Dkt. No. ____]**

The Court has considered the *Expedited Application for Order Pursuant to 11 U.S.C.*
*§ 363 Authorizing the Employment and Retention of Netherland, Sewell & Associates, Inc. as*
*Petroleum Consultants Nunc Pro Tunc to the Petition Date* (the "Application")[2] filed by Energy
Partners, Ltd. and its affiliated debtor entities, as debtors and debtors in possession (collectively,
the "Debtors"). Based upon the Application, the representations and arguments contained
therein, and the statements of counsel at the hearing thereon, and it appearing that (a) the
proposed employment of Netherland, Sewell & Associates, Inc. ("NSAI") is in the best interests
of the Debtors estates, their creditors, and other parties in interest; (b) NSAI's retention is an
exercise of the Debtors' sound business judgment in accordance with 11 U.S.C. § 363(b); (c) this
Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (d) this is a core
proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); and (e) due and adequate notice of the

---

[1] The Debtors include Energy Partners, Ltd., EPL Pipeline, L.L.C., Nighthawk, L.L.C., EPL of Louisiana, L.L.C., Delaware EPL of Texas, LLC, and EPL Pioneer Houston, Inc.
[2] All capitalized terms used herein, but not otherwise defined, shall have the meaning assigned in the Application.

Case 09-32957   Document 275-2   Filed in TXSB on 07/01/09   Page 2 of 3

Application has been given under the circumstances; and after due deliberation and cause appearing therefore, it is hereby:

ORDERED that the Application is **GRANTED** on an interim basis. It is further

ORDERED that, pursuant to 11 U.S.C. § 363(b), the Debtors are authorized to employ and retain NSAI to provide reservoir engineering and consulting services, and such other services as may be requested by the Debtors, as set forth in the Application, effective *nunc pro tunc* to the Petition Date. It is further

ORDERED that the terms of NSAI's engagement, including, without limitation, the fee provisions and the indemnification provisions, are reasonable terms and conditions of employment and are approved. It is further

ORDERED that NSAI shall be compensated in accordance with the procedures set forth in 11 U.S.C. §§ 330 and 331, any applicable Federal Rules of Bankruptcy Procedure, the Local Rules for the United States Bankruptcy Court for the Southern District of Texas, the Guidelines established by the U.S. Trustee, and any procedures as fixed by further order of this Court; however, NSAI (a) shall not be required to bill its time in sequence numbers; and (b) shall be permitted to bill its time in quarter-hour increments. It is further

ORDERED that a final hearing on the Application shall be held **July 29, 2009 at 10:30 a.m. (prevailing Central Time)**. It is further

ORDERED that the deadline for parties to object to the Application being granted on a final basis is **July 24, 2009**. It is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: July 15, 2004

THE HONORABLE JEFF BOHM,
UNITED STATES BANKRUPTCY JUDGE