

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
07/31/2009

| | |
|---|---|
| In re: § | |
| § | |
| ENERGY PARTNERS, LTD, et al., § | Case No. 09-32957-H4-11 |
| § | |
| Debtor. § | |

**ORDER DENYING: (1) EMERGENCY APPLICATION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF TUDOR PICKERING HOLT & CO. SECURITIES, INC. AS VALUATION CONSULTANT FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS *NUNC PRO TUNC* TO JUNE 30, 2009; AND (2) EXPEDITED APPLICATION FOR AN ORDER TO RETAIN AND EMPLOY HOULIHAN LOKEY HOWARD & ZUKIN CAPITAL, INC. AS FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED NOTEHOLDERS OF ENERGY PARTNERS, LTD., ET AL., NUNC PRO TUNC TO THE EFFECTIVE DATE**
[Docket Nos. 304 & 309]

On July 13, 2009, the Official Committee of Equity Security Holders filed an "Emergency Application of the Official Committee of Equity Security Holders for Entry of an Order Authorizing the Employment and Retention of Tudor Pickering Holt & Co. Securities, Inc. as Valuation Consultant for the Official Committee of Equity Security Holders *Nunc Pro Tunc* to June 30, 2009" (the Tudor Pickering Application). [Docket No. 304.] On July 14, 2009, the Official Committee of Unsecured Noteholders filed an "Expedited Application for an Order to Retain and Employ Houlihan Lokey Howard & Zukin Capital, Inc. as Financial Advisors to the Official Committee of Unsecured Noteholders of Energy Partners, Ltd., et Al., Nunc Pro Tunc to the Effective Date" (the Houlihan Lokey Application). [Docket No. 309.]

This Court has issued a Memorandum Opinion on the Tudor Pickering Application and the Houlihan Lokey Application. This Memorandum Opinion is being entered on the docket simultaneously with the entry of this Order. For the reasons set forth in the Memorandum Opinion,

the Court concludes that both the Tudor Pickering Application and the Houlihan Lokey Application should be denied in their entirety.

It is therefore:

ORDERED that the Tudor Pickering Application is DENIED in its entirety; and it is further

ORDERED that the Houlihan Lokey Application is DENIED in its entirety.

Signed on this 28th day of July, 2009.

Jeff Bohm
United States Bankruptcy Judge