Case 09-32957   Document 331-1   Filed in TXSB on 07/20/09   Page 1 of 3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ENTERED
08/13/2009

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 09-32957** |
| **ENERGY PARTNERS, LTD.,** *ET AL.,*[1] | § | **(Chapter 11)** |
| | § | **(Jointly Administered)** |
| **DEBTORS.** | § | |

**AGREED ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

**[Related to Dkt. No. ___331 ]**

The Court has considered the *Agreed Motion for Relief from the Automatic Stay* (the "Motion")[2], filed by Michael Robichaux ("Robichaux" or the "Movant").  The Court finds that (a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (G); and (c) due and adequate notice of this Motion has been given under the circumstances.  Therefore, it is hereby

**ORDERED** that the Motion is **GRANTED** to the extent set forth herein.  It is further

**ORDERED** that the automatic stay imposed by 11 U.S.C. § 362 is hereby modified solely to permit the civil lawsuit styled *Michael Robichaux, Plaintiff, vs. Energy Partners Ltd.; d/b/a Delaware Energy Partners, Ltd; Energy Partners of Delaware Ltd.; C-Lift, L.L.C.; Chouest Offshore Services, LLC's and Electric Wireline Consultants, Inc., Defendants* (the "Suit"), currently pending in the United States District Court for the Southern District of Texas, Houston Division, Civil Action No. H-08-2519, to continue to final judgment.  It is further

**ORDERED** that, to the extent of any final judgment or settlement, Movant is hereby authorized to recover on account of his claim(s) solely against insurance policies and/or proceeds of insurance policies of the Debtor and/or any other insurance policies and/or proceeds of

---

[1] The Debtors include Energy Partners, Ltd., EPL Pipeline, L.L.C., Nighthawk, L.L.C., EPL of Louisiana, L.L.C., Delaware EPL of Texas, LLC, and EPL Pioneer Houston, Inc.
[2] Capitalized terms not defined here have the meaning assigned to them in the Motion.

00070104.000.DOC

insurance policies issued to any other entity available to the Debtor that may provide coverage for the claims asserted by Movants in the Suit. It is further

**ORDERED** that, in addition to the limitations contained in the preceding paragraphs, nothing contained in this Order shall be deemed to modify or otherwise alter the automatic stay to permit the incurrence by the Debtors' estates of: (a) adverse judgments that are not be covered by insurance policies or the proceeds thereof, (b) attorneys' fees or other litigation costs relating to the Suit not approved by the Debtors. It is further

**ORDERED** that all claims held by Movant against the Debtors that are related to and arising from the Suit that are not paid from applicable insurance proceeds are hereby waived and Movants shall have no such claims against the Debtors' estates. It is further

**ORDERED** that this Court shall retain jurisdiction over any matter concerning, or in any way related to, the Motion, this Order, or the relief granted herein.

Dated: Aug. 12, 2009

**THE HONORABLE JEFF BOHM,**
**UNITED STATES BANKRUPTCY JUDGE**

00070104.000.DOC

**AGREED AS TO FORM AND SUBSTANCE:**

**HOHMANN, TAUBLE & SUMMERS, L.L.P.**

/s/Eric J. Taube
Eric J. Taube
State Bar No. 19679350
100 Congress Avenue, 18th Floor
Austin, Texas 78701
(512) 472-5997
(512) 472-5248 (Fax)

**ATTORNEY FOR MICHAEL ROBICHAUX**

**VINSON & ELKINS LLP**

/s/ Daniel C.Steward
Daniel C. Stewart, SBT #19206500
Paul E. Heath, SBT #093555050
Michaela C. Crocker, SBT #24031985
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Tel: 214.220.7700
Fax: 214.999.7787
pheath@velaw.com
mcrocker@velaw.com

and

Duston K. McFaul
1001 Fannin Street, Suite 2300
Houston, Texas 77002
Tel: 713.758.2222
Fax: 713.758.2346
dmcfaul@velaw.com

**ATTORNEYS FOR THE DEBTORS**

00070104.000.DOC