Case 09-32957 Document 402-2 Filed in TXSB on 08/24/09 Page 1 of 4



# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

ENTERED
08/26/2009

| | |
|---|---|
| IN RE: : | CHAPTER 11 |
| ENERGY PARTNERS, LTD., *et al.* : | CASE NO. 09-32957 |
| DEBTORS. : | JOINTLY ADMINISTERED |

## AGREED ORDER EXTENDING TERM OF AGREED FINAL ORDER (I) AUTHORIZING THE DEBTORS' USE OF CASH COLLATERAL AND (II) GRANTING ADEQUATE PROTECTION

[Related to Dkt. No. 402 ]

WHEREAS, on May 1, 2009 (the "Petition Date"), the above-named debtors and debtors-in-possession (each a "Debtor" and collectively, the "Debtors")[1] each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in this Court; and

WHEREAS, on June 11, 2009, this Court entered the Agreed Final Order (I) Authorizing the Debtors' Use of Cash Collateral and (II) Granting Adequate Protection (**Docket No. 220**, the "Final Cash Collateral Order")[2] which, *inter alia*, authorized the Debtors' use of Cash Collateral pursuant to and in accordance with the terms and conditions set forth in the Final Cash Collateral Order and the Budget; and

WHEREAS, the term of the Final Cash Collateral Order and the Budget shall, unless extended by written agreement of the Debtors and each of the Pre-Petition Lenders or further

---

[1] The Debtors include EPL, EPL of Louisiana, L.L.C. ("EPL Louisiana"), Delaware EPL of Texas, L.L.C. ("Delaware EPL"), EPL Pipeline, L.L.C. ("EPL Pipeline"), Nighthawk, L.L.C. ("Nighthawk"), and EPL Pioneer Houston, Inc. ("EPL Houston").

[2] Capitalized terms not otherwise defined herein have the meaning ascribed to such terms in the Final Cash Collateral Order.

**AGREED ORDER EXTENDING TERM OF AGREED FINAL ORDER (I) AUTHORIZING THE DEBTORS' USE OF CASH COLLATERAL AND (II) GRANTING ADEQUATE PROTECTION      Page 1**

Case 09-32957 Document 402-2 Filed in TXSB on 08/24/09 Page 2 of 4

order of the Court, expire on the earliest to occur of (a) August 31, 2009, (b) any Termination Event; or (c) the effective date of a confirmed plan of reorganization in the Chapter 11 Cases; and

WHEREAS, the Debtors and the Pre-Petition Agent, for and on behalf of the Pre-Petition Lenders, have agreed to extend the term of the Final Cash Collateral Order as set forth herein;

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. Pursuant to paragraph 5 of the Final Cash Collateral Order, the term of the Final Cash Collateral Order is hereby extended to the earliest to occur of (a) September 25, 2009, (b) any Termination Event; or (c) the effective date of the Second Amended Joint Plan of Reorganization of Energy Partners, Ltd. and Certain of its Subsidiaries Under Chapter 11 of the Bankruptcy Code, as Modified (**Docket No. 370**).

2. The Debtors' use of Cash Collateral under the extended Final Cash Collateral Order shall be in accordance with the line item budget attached hereto as **Exhibit A** (which shall become the Budget under the extended Final Cash Collateral Order) setting forth, among other things, the uses of Cash Collateral by the Debtors for the period from September 1, 2009, through and including September 25, 2009.

3. Except as provided herein, all terms, conditions and provisions of the Final Cash Collateral Order are unchanged and remain in full force and effect.

Dated: August 26, 2009

THE HONORABLE JEFF BOHM
UNITED STATES BANKRUPTCY JUDGE

**AGREED AS TO FORM & SUBSTANCE:**

| *Counsel for the Debtors:* | *Counsel for the Pre-Petition Agent:* |
|---|---|
| **VINSON & ELKINS L.L.P.** | **WINSTEAD PC** |
| /s/ Paul E. Heath | /s/ R. Michael Farquhar |
| Daniel C. Stewart | R. Michael Farquhar |
| Paul E. Heath | Matthew T. Ferris |
| Michaela C. Crocker | |

## Exhibit A

[Budget]

AGREED ORDER EXTENDING TERM OF AGREED FINAL ORDER (I) AUTHORIZING THE DEBTORS' USE OF CASH COLLATERAL AND (II) GRANTING ADEQUATE PROTECTION   Page 4

US 48111v.1

**EPL BUDGET ORDINARY COURSE with actuals as of 8_7_2009**

Energy Partners, LTD
Weekly Cash Forecast
($ thousands)
Using Nymex Prices as of 4/27/2009

| | Filing Date | | | | End of Mth | | | | End of Qtr | | | | | End of Mth | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Business Week Start: | 5/1/2009 | 5/4/2009 | 5/11/2009 | 5/18/2009 | 5/25/2009 | 6/1/2009 | 6/8/2009 | 6/15/2009 | 6/22/2009 | 6/29/2009 | 7/1/2009 | 7/6/2009 | 7/13/2009 | 7/20/2009 | 7/27/2009 | 8/3/2009 | 8/10/2009 | 8/17/2009 | 8/24/2009 | 8/31/2009 | 9/1/2009 | 9/7/2009 | 9/14/2009 | 9/21/2009 |
| Business Week End: | | 5/8/2009 | 5/15/2009 | 5/22/2009 | 5/29/2009 | 6/5/2009 | 6/12/2009 | 6/19/2009 | 6/26/2009 | 6/30/2009 | 7/3/2009 | 7/10/2009 | 7/17/2009 | 7/24/2009 | 7/31/2009 | 8/7/2009 | 8/14/2009 | 8/21/2009 | 8/28/2009 | | 9/4/2009 | 9/11/2009 | 9/18/2009 | 9/25/2009 |

**REVENUE SOURCES:**

| | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross Revenues (incl JIBs & Other) | $65 | $158 | $311 | $5,844 | $7,008 | $4,609 | $265 | $6,924 | $11,552 | $61 | $445 | $43 | $15 | $8,899 | $9,498 | $581 | $100 | $7,033 | $5,986 | | $150 | $150 | $150 | $12,926 |
| Business Interruption | | | | $932 | $215 | $72 | $215 | | | | | | | | | | | | | | | | | |
| Hedges (JPMorgan Hedge Settlements) | | | $1,643 | $1,866 | | | | | | | | | | | | | | | | | | | | |
| Bank Float Pre-Bankruptcy as of 4/30 | | | | | | | | | | | | | | | | | | | | | | | | |
| Bank Rejected Pre-Petition Checks | $244 | $940 | $6 | $0 | $0 | | | | | | | | | | | | | | | | | | | |
| DIP Financing | | | | | | | | | | | | | | | | | | | | | | | | |
| Exit Financing | | | | | | | | | | | | | | | | | | | | | | | | |
| Dismantlement EB Devon Escrow | | | | | | | | | | $3,427 | | | | | | | | | | | | | | |
| **Total Revenue Sources:** | **$309** | **$1,098** | **$1,961** | **$8,442** | **$7,223** | **$4,680** | **$480** | **$6,924** | **$11,552** | **$3,488** | **$445** | **$43** | **$15** | **$8,899** | **$9,498** | **$581** | **$100** | **$7,033** | **$5,986** | **$0** | **$150** | **$150** | **$150** | **$12,926** |

**EXPENSES:**

| | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Royalties/Severance taxes | | | $73 | $573 | $1,373 | | $77 | $54 | $1,023 | $1,348 | $126 | | $195 | $895 | $2,028 | | $231 | | $1,520 | | | | $240 | $900 |
| Insurance/Surety | | | | | $333 | | | | | | | | | | | $2,729 | | | | | | | | |
| Legal | | | $46 | | | | | | $96 | | | $370 | $573 | $25 | $445 | | $200 | $1,190 | $25 | | | $175 | $100 | $550 |
| Consultants | | | | | | $27 | $75 | $263 | $31 | $106 | $28 | | $27 | $54 | $153 | $65 | $42 | $33 | $27 | | $143 | $27 | | $27 |
| Pre-petition A/P | | | | | | | | | | | | | | | | | | | | | | | | |
| Bank Paid Pre-Petition Checks | $504 | $438 | $3 | $0 | $0 | | | | | | | | | | | | | | | | | | | |
| A/P (includes wires & ACH, reissued/issued Pre-Petition checks) | | $101 | $4,493 | $4,299 | $3,663 | $3,345 | $3,405 | $3,357 | $3,179 | $4 | $2,105 | $2,112 | $2,101 | $2,091 | $2,080 | $1,745 | $2,000 | $2,000 | $2,000 | | $2,000 | $2,000 | $2,000 | $2,000 |
| Payroll | $2 | $161 | $442 | $164 | $532 | $155 | $406 | $153 | $111 | $305 | $234 | $48 | $553 | $176 | $515 | $155 | $660 | $100 | $660 | | $100 | $100 | $660 | $100 |
| Existing Revolver Interest/New Revolver | | | $132 | | | | | | | | $768 | | | $28 | | | | | | | | | | $1,138 |
| DIP Financing Fee | | | | | | | | | | | | | | | | | | | | | | | | |
| BofA Agent Fee | | | | | $1,202 | | | | | $1,202 | | | | | $1,202 | | | | $1,202 | | | | | |
| MMS Payments | | | | | | | | | | | | $513 | | | | | | | | | | | | |
| Proposed Employee Cash Retention | | | | $77 | | | | | | | | $20 | $5 | $20 | $10 | $24 | $50 | | | | $20 | | | |
| Director's Fees | | | | | | $10 | | | $14 | | | | | | | | | | | | | | $20 | |
| **Total Expenses** | **$506** | **$699** | **$5,190** | **$5,114** | **$7,104** | **$3,536** | **$3,962** | **$3,826** | **$4,454** | **$2,965** | **$3,261** | **$3,062** | **$3,454** | **$3,289** | **$6,433** | **$4,718** | **$3,183** | **$3,323** | **$5,434** | **$0** | **$2,263** | **$2,302** | **$3,020** | **$4,715** |
| **Total Cash Flow** | **($197)** | **$399** | **($3,229)** | **$3,328** | **$120** | **$1,144** | **($3,482)** | **$3,098** | **$7,098** | **$523** | **($2,816)** | **($3,019)** | **($3,439)** | **$5,610** | **$3,065** | **($4,137)** | **($3,083)** | **$3,710** | **$552** | **$0** | **($2,113)** | **($2,152)** | **($2,870)** | **$8,211** |

| | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CASH AT BEGINNING OF PERIOD: | $15,275 | $15,078 | $15,477 | $12,248 | $15,576 | $15,695 | $16,840 | $13,358 | $16,456 | $23,554 | $24,077 | $21,262 | $18,243 | $14,804 | $20,414 | $23,478 | $19,342 | $16,259 | $19,969 | $20,521 | $20,521 | $18,408 | $16,256 | $13,386 |
| CASH AT END OF PERIOD: | $15,078 | $15,477 | $12,248 | $15,576 | $15,696 | $16,840 | $13,358 | $16,456 | $23,554 | $24,077 | $21,262 | $18,243 | $14,804 | $20,414 | $23,478 | $19,342 | $16,259 | $19,969 | $20,521 | $20,521 | $18,408 | $16,256 | $13,386 | $21,597 |

| | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REVOLVER DEBT: | $83,000 | $83,000 | $83,000 | $83,000 | $83,000 | $83,000 | $83,000 | $83,000 | $83,000 | $83,000 | $83,000 | $83,000 | $83,000 | $83,000 | $83,000 | $83,000 | $83,000 | $83,000 | $83,000 | $83,000 | $83,000 | $83,000 | $83,000 | $83,000 |
| DEFICIENCY: | ($38,000) | ($38,000) | ($38,000) | ($38,000) | ($38,000) | ($38,000) | ($38,000) | ($38,000) | ($38,000) | ($38,000) | ($38,000) | ($38,000) | ($38,000) | ($38,000) | ($38,000) | ($38,000) | ($38,000) | ($38,000) | ($38,000) | ($38,000) | ($38,000) | ($38,000) | ($38,000) | ($38,000) |